NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**IN RE: GOLDEN RULE FASTENERS, INC.,**
*Appellant*

_____

2021-2103

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 14/865,534, 90/014,257.

_____

**JUDGMENT**

_____

JAMES F. MCDONOUGH, III, Rozier Hardt McDonough PLLC, Atlanta, GA, argued for appellant Golden Rule Fasteners, Inc.

MICHAEL S. FORMAN, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Katherine K. Vidal. Also represented by THOMAS W. KRAUSE, AMY J. NELSON, BRIAN RACILLA, FARHEENA YASMEEN RASHEED.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, TARANTO and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 3, 2023            /s/ Peter R. Marksteiner
Date                  Peter R. Marksteiner
                      Clerk of Court